UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PATRICK HURLEY,

                Plaintiff,

-vs-                                              Case No.  2:10-cv-334-FtM-29SPC

KENT OF NAPLES, INC.,  a Florida Corporation,
KENT SECURITY OF PALM BEACH, INC., a
Florida Corporation, KENT SECURITY
SERVICES, INC., a Florida Corporation,

                Defendants.
_____

## ORDER

This matter comes before the Court on Joint Motion for Enlargement of Time to Continue Discovery and Pretrial Deadlines (Doc. #21) filed on November 17, 2010.  The Parties request a 90-day enlargement of this Court's pretrial deadlines.  As grounds, the Parties agree that there is still discovery that needs to take place.  Thus, for good cause shown, the Motion is due to be granted.

Accordingly, it is now

**ORDERED:**

Joint Motion for Enlargement of Time to Continue Discovery and Pretrial Deadlines (Doc. #21) is **GRANTED**.  The deadlines in this case are amended as follows:

| Disclosure of Experts | Plaintiff:<br>Defendant: | **January 31, 2011**<br>**February 14, 2011** |
|---|---|---|
| Discovery Deadline | | **March 28, 2011** |

| | |
|---|---|
| Dispositive Motions, *Daubert*, and *Markman* Motions | **April 28, 2011** |
| Meeting In Person to Prepare Joint Final Pretrial Statement | **June 15, 2011** |
| Joint Final Pretrial Statement (*Including* a Single Set of Jointly Proposed Jury Instructions and Verdict Forms (With diskette), Voir Dire Questions, Witnesses Lists, Exhibit Lists on Approved Form) | **June 30, 2011** |
| All Other Motions Including Motions *In Limine*, Trial Briefs | **June 30, 2011** |
| Final Pretrial Conference          Date:<br>                                                 Time:<br>                                                 Judge: | **July 25, 2011**<br>**9:00 a.m.**<br>**Hon. John E. Steele** |
| Trial Term Begins<br>(Trials Before Magistrate Judges Begin on Date Certain) | **August 1, 2011** |

**All other deadlines remain unchanged.**

   **DONE AND ORDERED** at Fort Myers, Florida, this   19th   day of November, 2010.

                   SHERI POLSTER CHAPPELL
                   UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record