UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| PATRICK HURLEY, | \* | Case No. 2:10-cv-334 |
| Plaintiff, | \* | |
| vs. | \* | |
| | \* | AMENDED ORDER |
| KENT OF NAPLES, INC., a Florida Corporation; KENT SECURITY OF PALM BEACH, INC., a Florida Corporation; and KENT SECURITY SERVICES, INC., a Florida Corporation; and GIL NEUMAN, | \* | |
| Defendants. | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Pending before the Court is a Report and Recommendation entered by Judge Mirando on November 6, 2014 after her consideration of Defendants' Bill of Costs, Doc. 192, and Plaintiff's Objections, Doc. 193. No objections were filed to the Report and Recommendation entered by Judge Mirando and the time for objections has expired. After a de novo review by this Court, the Report and Recommendation is adopted. Accordingly,

    IT IS ORDERED that Magistrate Judge Mirando's Report and Recommendation, Doc. 204, is ADOPTED by the Court and Plaintiff's Objections to Defendants' Bill of Costs are SUSTAINED.

Dated this 9th day of December, 2014.

BY THE COURT:

_Lawrence L. Piersol_ (signature)
Lawrence L. Piersol
United States District Court