UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PATRICK HURLEY,

    Plaintiff,

v.                                 Case No: 2:10-cv-334-FtM-29CM

KENT OF NAPLES, INC., KENT
SECURITY OF PALM BEACH,
INC., KENT SECURITY
SERVICES, INC. and GIL
NEUMAN,

    Defendants.

## ORDER

This matter comes before the Court upon review of Defendants' Motion to Issue Continuing Writ of Garnishment (Doc. 208) filed on February 23, 2016. On December 10, 2014, the Court entered judgment in favor of Defendants in the amount of $15,477.40. Defendants state that Plaintiff has failed to satisfy any part of the judgment and the full amount is currently due. Plaintiff is employed by Cambridge Security Services Corp.

Pursuant to Federal Rule 69, enforcement of a judgment shall be through writ of execution unless the court directs otherwise. The court may order other remedies that accord with the procedure of the state where the court is located. Fed. R. Civ. P. 69(a)(1). Florida law provides for the remedy of garnishment pursuant to Fla. Stat. § 77.01 *et seq.* Pursuant to Fla. Stat. § 77.0305,

> if salary or wages are to be garnished to satisfy a judgment, the court shall issue a continuing writ of garnishment to

- 2 -

>   the judgment debtor's employer which provides for periodic
>   payment of a portion of the salary or wages of the judgment
>   debtor as the salary or wages become due until judgment
>   is satisfied or until otherwise provided by court order.

Fla. Stat. § 77.0305. Additionally, under the applicable provision, Fla. Stat. § 77.041, notice is provided to a defendant after service of the writ of garnishment.

Here, Judgment has been entered against Plaintiff, and the Court finds good cause to grant the motion. Defendants must continue to follow all provisions as set forth in Fla. Stat. § 77.041.

ACCORDINGLY, it is hereby

**ORDERED:**

1.   1.   Motion to Issue Continuing Writ of Garnishment (Doc. 208) is **GRANTED**. The Clerk is directed to issue the continuing writ of garnishment submitted with the motion (Doc. 208-2).

**DONE** and **ORDERED** in Fort Myers, Florida on this 9th day of June, 2016.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record