UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PATRICK HURLEY,

    Plaintiff,

v.

KENT OF NAPLES, INC., KENT
SECURITY OF PALM BEACH,
INC., KENT SECURITY
SERVICES, INC. and GIL
NEUMAN,

    Defendants.

Case No: 2:10-cv-334-FtM-29CM

## ORDER

This matter comes before the Court upon review of Defendant's Motion for Clerk's Certification of Judgment to be Registered in Another District (Doc. 216) filed on January 24, 2017. Defendants, Kent of Naples, Inc., Kent Security of Palm Beach, Inc., Kent Security Services, Inc., and Gil Neuman, request Certification by the Clerk of Court of the judgment entered December 10, 2014 (Doc. 207), so that the judgment may be registered in another district. To the extent Defendants seek an order from the Court directing the Clerk to sign the certification (Doc. 216-1), this request is denied as moot without prejudice as Defendants do not need a Court order. Defendants may simply contact the Clerk of Court and pay the necessary fees prior to seeking such certification.

- 2 -

ACCORDINGLY, it is hereby

**ORDERED:**

Defendant's Motion for Clerk's Certification of Judgment to be Registered in Another District (Doc. 216) is **DENIED as moot without prejudice**.

**DONE** and **ORDERED** in Fort Myers, Florida on this 7th day of February, 2017.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record